UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION, 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1

In Re:
    Ely F. Valle
    Crispina T. Valle

Debtors

Order Filed on November 13, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.: 13-13429 SLM

Adv. No.:

Hearing Date: 9/11/2017 11am

Judge: Stacey L. Meisel

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 13, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Ely F. Valle and Crispina T. Valle
Case No: 13-13429 SLM
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION, 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 1622 Edmund Terrance Union, NJ 07083, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Warren Brumel, Esquire, attorney for Debtors, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of October 1, 2017, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 15, 2017, 2016 through September 15, 2017 for a total post-petition default of $11,898.90 (6 @ $1,983.15); and

  It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $11,898.90 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

  It is further **ORDERED, ADJUDGED and DECREED** the automatic stay is reinstated and that the order granting stay relief dated August 29, 2017 (Docket No. 77) is hereby vacated; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 15, 2017, directly to Secured Creditor's servicer, Nationstar Mortgage, LLC PO BOX 619094 Dallas, TX 75261(Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

  It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall modify the plan and schedules within 14 days to account for any amounts rolled into the Chapter 13 plan; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Ely F. Valle  
Crispina T. Valle  
    Debtors

Case No. 13-13429-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 13, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2017.  
db/jdb        +Ely F. Valle,   Crispina T. Valle,   1622 Edmund Terrace,   Union, NJ 07083-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2017 at the address(es) listed below:

         Andrew Thomas Archer    on behalf of Creditor    NATIONSTAR MORTGAGE LLC anarcher@logs.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Brian E Caine    on behalf of Creditor    U.S. Bank, N.A., et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Denise E. Carlon    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION, 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Warren Brumel    on behalf of Joint Debtor Crispina T. Valle wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com  
         Warren Brumel    on behalf of Debtor Ely F. Valle wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com

                                                                                                                       TOTAL: 9