Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  13−13429−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ely F. Valle
1622 Edmund Terrace
Union, NJ 07083

Crispina T. Valle
1622 Edmund Terrace
Union, NJ 07083

Social Security No.:
 xxx−xx−8738                                           xxx−xx−4523

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 16, 2015.

On 1/5/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                February 14, 2018
Time:                09:00 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 10, 2018
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ely F. Valle  
Crispina T. Valle  
    Debtors

Case No. 13-13429-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3     Date Rcvd: Jan 10, 2018  
                               Form ID: 185     Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.

```
db/jdb         +Ely F. Valle,    Crispina T. Valle,    1622 Edmund Terrace,    Union, NJ 07083-4006
cr             +Ascension Capital Group Attn: NCEP, LLC Department,    PO BOX 165028,    Irving, TX 75016-5028
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,    PO Box 62180,
               Colorado Springs, MO  80962)
trfee          Florida Department of Education,    OSFA,    PO Box 7019,    Tallahassee, FL 32314-7019
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900-North,    Dallas, TX  75247,
               UNITED STATES 75356-2088
513697287      +Accurate Diagnostic Labs, Inc.,    180-184 Lincoln Hwy,    Edison, NJ 08820-3551
513697289       Advanced Gastroenterology Group,    1308 Morris Avenue,    Suite 102,    Union, NJ 07083-3328
513697290       American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
513697291       American Education Services,    Harrisburg, PA 17130-0001
513697292      +Atlantic Health/Overlook Hospital,    99 Beauvoir Ave,    Summit, NJ 07901-3595
513697293      +Bank of America Home Loans,    PO Box 5170,    Att: Bankruptcy Dept,    Simi Valley, CA 93062-5170
513697294       Bank of America Home Loans,    PO Box 941852,    Simi Valley, CA 93094-1852
513966017       Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
515151924      +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
515151925      +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408,    ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
513697297       Emergency Medical Associates,    PO Box 417442,    Boston, MA 02241-7442
513697298      +Equitable Ascent Financial,    1120 W. Lake Cook Road,    Suite B,    Buffalo Grove, IL 60089-1970
513905405       Florida Department of Education,    PO Box 7019,    Tallahassee FL 32314-7019
513905406       Florida Department of Education,    PO Box 7019,    Tallahassee FL 32314-7019,
                Florida Department of Education,    PO Box 7019,    Tallahassee FL 32314-7019
513697300       Garden State Endoscopy & Surgery,    1700 Galloping Hill Road,    Kenilworth, NJ 07033-1303
513880130      +Goal Financial,    AES/PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
513697301      +HFC,    Att: Bankruptcy,    PO Box 3425,    Buffalo, NY 14240-3425
513758095      +Household Finance Corp,    636 Grand Regency Blvd,    Brandon FL 33510-3942
513697305      +Jersey City Medical Center,    1 Harmon Meadow Blvd.,    Suite 301,    Secaucus, NJ 07094-3600
514140542     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,    po box 619096,    Dallss TX 75261-9741)
515291375      +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
513697307       Overlook Medical Ctr,    PO Box 35611,    Newark, NJ 07193-5611
513697309      +Resorts USA,    PO Box 447,    Bushkill, PA 18324-0447
513697313     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of NJ Div of Tax,    50 Barrack Street,    PO Box 269,
               Trenton, NJ 08695)
513697310      +SallieMae Loan Service,    PO Box 9500,    Wilkes-Barre, PA 18773-9500
513697311      +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
513709803      +Santander Consumer USA Inc.; as Assignee for Santa,    P.O. Box 961245,
               Fort Worth, TX 76161-0244
513697314       The Home Depot,    PO Box 689147,    Des Moines, IA 50368-9147
513810257       U.S. Bank, N.A., et al,    c/o Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513697315       Urology Group of NJ LLC,    741 Northfield Avenue,    West Orange, NJ 07052-1174
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2018 23:25:34     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2018 23:25:31     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:30:03      Synchrony Bank,
                c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
513697288      +E-mail/Text: bknotices@conduent.com Jan 10 2018 23:26:29     ACS Oregon First,
                501 Bleecker Street,    Utica, NY 13501-2401
513786126       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2018 23:35:30
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
513697295       E-mail/Text: ebn@barnabashealth.org Jan 10 2018 23:25:59     Barnabas Health,    PO Box 903,
                Oceanport, NJ 07757-0903
513697296       E-mail/Text: bankruptcy@cavps.com Jan 10 2018 23:25:54     Cavalry Portfolio Services,
                7 Skyline Drive,    Hawthorne, NY 10532
513707354      +E-mail/Text: bankruptcy@cavps.com Jan 10 2018 23:25:54     Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
513697304       E-mail/Text: cio.bncmail@irs.gov Jan 10 2018 23:25:07     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
513697306       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 10 2018 23:24:54     Kohl's,    PO Box 3043,
                Milwaukee, WI 53201-3043
515185599      +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:47
                Landmark Asset Receivables Mgt., LLC,    c/o Green Tree Servicing LLC,    7340 S. Kyrene Rd.,
                Recovery Dept - T120,    Tempe, AZ 85283-4573
```

```
District/off: 0312-2            User: admin              Page 2 of 3                Date Rcvd: Jan 10, 2018
                                Form ID: 185             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515185600      +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:31
                Landmark Asset Receivables Mgt., LLC,    c/o Green Tree Servicing LLC,    7340 S. Kyrene Rd.,
                Recovery Dept - T120,    Tempe, AZ 85283,    Landmark Asset Receivables Mgt., LLC 85283-4573
513697308       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 23:35:41
                Portfolio Recovery Assoc,    120 Corporate Blvd,    Att: Bankruptcy Dept,    Norfolk, VA 23502
513948904       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 23:35:31
                Portfolio Recovery Associates, LLC,    c/o Home Design Generic,    POB 41067,    Norfolk VA 23541
513784237       E-mail/PDF: pa_dc_litigation@navient.com Jan 10 2018 23:29:48
                Sallie Mae Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,
                Wilkes-Barre, PA 18773-9430
513697312       E-mail/Text: bankruptcy@savit.com Jan 10 2018 23:26:24     Savitt Collection Agency,
                PO Box 250,    East Brunswick, NJ 08816-0250
515305024       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:31     Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513732545*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                Detroit  MI   48255-0953)
513697299*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Corp,    Natl Bkcy Svc Cntr,    Box 537901,
                Livonia, MI 48153-7901)
513697303*      Internal Revenue Service,    Insolvency Unit,    PO Box 744,    Springfield, NJ 07081
514140543*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,    po box 619096,    Dallss TX 75261-9741)
514082966*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of the Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
514057245*     +Santander Consumer USA Inc.; as Assignee for Santa,    P.O. Box 961245,
                Fort Worth, TX 76161-0244
513697302      ##Imaging Consultants of Essex,    PO Box 1733,    Frederick, MD 21702-0733
                                                                                        TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
```
          Andrew Thomas Archer    on behalf of Creditor    NATIONSTAR MORTGAGE LLC anarcher@logs.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brian E Caine    on behalf of Creditor    U.S. Bank, N.A., et al bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc
           of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
           cwohlrab@logs.com,    njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
           HOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION, 2008-FT1 TRUST, MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2008-FT1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3                   Date Rcvd: Jan 10, 2018
                               Form ID: 185             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
          ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
          ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         Warren  Brumel    on behalf of Joint Debtor Crispina T. Valle wbrumel@keyportlaw.com,
          brumellawecf@gmail.com;r53076@notify.bestcase.com
         Warren  Brumel    on behalf of Debtor Ely F. Valle wbrumel@keyportlaw.com,
          brumellawecf@gmail.com;r53076@notify.bestcase.com
                                                                                                          TOTAL: 9