Form clsnodsc − ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−13429−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ely F. Valle | Crispina T. Valle |
| 1622 Edmund Terrace | 1622 Edmund Terrace |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
  xxx−xx−8738                                          xxx−xx−4523

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

You are hereby notified that the above−named case will be closed without entry of discharge on or after July 5, 2018 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: June 5, 2018
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ely F. Valle  
Crispina T. Valle  
    Debtors

Case No. 13-13429-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 05, 2018  
                         Form ID: clsnodsc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.  
db/jdb      +Ely F. Valle,    Crispina T. Valle,    1622 Edmund Terrace,    Union, NJ 07083-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg      E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:45      U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534  
smg      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                                               TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:  
         Andrew Thomas Archer    on behalf of Creditor    NATIONSTAR MORTGAGE LLC anarcher@logs.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Brian E Caine    on behalf of Creditor    U.S. Bank, N.A., et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Denise E. Carlon    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION, 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Warren Brumel    on behalf of Debtor Ely F. Valle wbrumel@keyportlaw.com, brumellawecf@gmail.com  
         Warren Brumel    on behalf of Joint Debtor Crispina T. Valle wbrumel@keyportlaw.com, brumellawecf@gmail.com
                                                                                                               TOTAL: 9