| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Warren Brumel, Esq. WB3626<br>Attorney for Debtor(s)<br>PO Box 181<br>Keyport, NJ 07735<br>732-264-3400<br>wbrumel@keyportlaw.com |
| In Re:<br><br>ELY F. VALLE<br>CRISPINA T. VALLE |

Order Filed on June 26, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No: 13-13429

Chapter: 13

Hearing Date:

Judge: SLM

### ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 26, 2018

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1622 Edmund Terrace, Union, NJ

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Household Finance Corporation III
b. Current Assignee: Landmark Asset Receivables Management LLC
c. Current Servicer: Green Tree Servicing LLC
d. Date of Mortgage/Lien: 07/25/2007
e. Date of Recordation: 07/27/2007
f. Place of Recordation: Union County Clerk
   i. Mortgage Book: 12244
   ii. Page: 0001
g. Original Principal Balance of Mortgage/Lien: $ 168,997.89

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*