**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq.  WB3626
Attorney for Debtor(s)
PO Box 181
Keyport, NJ 07735
732-264-3400
wbrumel@kcyportlaw.com

**Order Filed on June 26, 2018**
**by Clerk, U.S. Bankruptcy**
**Court - District of New Jersey**

In Re:

ELY F. VALLE
CRISPINA T. VALLE

| | |
|---|---|
| Case No: | 13-13429 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | SLM |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 26, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1622 Edmund Terrace, Union, NJ

Description of Mortgage/Judgment Lien:

a.  Original Mortgagee/Lienholder: Household Finance Corporation III

b.  Current Assignee: Landmark Asset Receivables Management LLC

c.  Current Servicer: Green Tree Servicing LLC

d.  Date of Mortgage/Lien: 07/25/2007

e.  Date of Recordation: 07/27/2007

f.  Place of Recordation: Union County Clerk

   i.  Mortgage Book: 12244

   ii. Page: 0001

g.  Original Principal Balance of Mortgage/Lien: $ 168,997.89

---

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE
CERTIFIED BY THE BANKRUPTCY COURT WITH THE
APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

---

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-13429-SLM
Ely F. Valle                                                          Chapter 13
Crispina T. Valle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin           Page 1 of 1           Date Rcvd: Jun 26, 2018
                               Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db/jdb        +Ely F. Valle,   Crispina T. Valle,   1622 Edmund Terrace,   Union, NJ 07083-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
          Andrew Thomas Archer   on behalf of Creditor   NATIONSTAR MORTGAGE LLC anarcher@logs.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brian E Caine   on behalf of Creditor   U.S. Bank, N.A., et al bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Charles G. Wohlrab   on behalf of Creditor   U.S. Bank National Association, as Trustee for Banc
           of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
           cwohlrab@logs.com, njbankruptcynotifications@logs.com
          Denise E. Carlon   on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
           HOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION, 2008-FT1 TRUST, MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2008-FT1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA, Inc.
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Warren  Brumel   on behalf of Joint Debtor Crispina T. Valle wbrumel@keyportlaw.com,
           brumellawecf@gmail.com
          Warren  Brumel   on behalf of Debtor Ely F. Valle wbrumel@keyportlaw.com,  brumellawecf@gmail.com
                                                                                          TOTAL: 9